1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODNEY L. THOMPSON,                         No.  2:14-cv-0602 CKD P

12              Plaintiff,

13       v.                                       ORDER

14   FOLSOM STATE PRISON, et al.,

15              Defendants.

16

17   I.  Introduction

18          Plaintiff is a state prisoner proceeding pro se with this action pursuant to 28 U.S.C. §1983.

19   Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This

20   proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. §636(b)(1).

21   Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule

22   302.

23          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

24   §1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

25          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

26   §§1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect

27   the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

28   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

1

1  month's income credited to plaintiff's jail trust account.  These payments will be forwarded by

2  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

3  exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4  II.  Screening

5  The court is required to screen complaints brought by prisoners seeking relief against a

6  governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).

7  On April 8, 2014, the court ordered plaintiff to complete and return this court's form for

8  filing a civil rights action, listing any other actions in which he is litigating or has litigated the

9  claims at issue.[1]  (ECF No. 6.)  In compliance with this order, plaintiff has filed an amended

10  complaint on the proper form.  (ECF No. 7.)  He states that he is currently litigating this matter in

11  in the Sacramento County Superior Court, Case No. 34-2013-00151289.  (Id. at 2.)

12  Various abstention doctrines counsel against this court's involvement at this time.  Under

13  the Rooker- Feldman abstention doctrine, federal courts lack jurisdiction to hear matters already

14  decided in state court.  See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); District of

15  Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983).  The doctrine applies in cases

16  "brought by state court losers complaining of injuries caused by state court judgments rendered

17  before the district court proceedings commenced and inviting district court review and rejection

18  of those judgments."  Exxon Mobil Corp. v. Saudi Basic Industries Corp., 544 U.S. 280 (2005).

19  This doctrine would apply in this case to the extent the state court has already ruled on the issues

20  raised in the complaint.  Under the Younger abstention doctrine, federal courts are barred from

21  hearing a civil rights claim arising from an ongoing criminal prosecution.  See Younger v. Harris,

22  401 U.S. 37 (1971).  While the state court proceedings in this case are civil, the notions of comity

23  implicit in the Younger abstention doctrine nonetheless apply.  Specifically, to the extent the state

24  court has not had a chance to consider plaintiff's constitutional arguments, it should have the first

25  chance to do so and, if appropriate, correct any violation.

26  /////

27

28

---

[1] Plaintiff alleges that, in 2010, doctors at Folsom State Prison failed to adequately treat his infected foot.

1     Given these circumstances, the court will dismiss the complaint without further leave to

2   amend.  See Lopez v. Smith, 203 F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc).

3     In accordance with the above, IT IS HEREBY ORDERED that:

4     1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted;

5     2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  All fees

6   shall be collected and paid in accordance with this court's order to the Director of the California

7   Department of Corrections and Rehabilitation filed concurrently herewith;

8     3.  Plaintiff's complaint is dismissed without prejudice;

9     4.  Plaintiff's motion to appoint counsel (ECF No. 5) is denied as moot; and

10     5.  The Clerk of Court shall close this case.

11   Dated:  May 5, 2014

12                                                   _____
                                                    CAROLYN K. DELANEY
13                                                   UNITED STATES MAGISTRATE JUDGE

14

15

16

17   2 / thom0602.fac

18

19

20

21

22

23

24

25

26

27

28

3